HARVEY SISKIND JACOBS LLP
LAWRENCE J. SISKIND (State Bar No. 85628)
IAN K. BOYD (State Bar No. 191434)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   415.354.0100
Facsimile:   415.391.7124

Attorneys for Plaintiff
AUL Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUL CORP., a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INTERSTATE NATIONAL DEALER SERVICES, INC., a Delaware corporation; NATIONAL SERVICE CONTRACT INSURANCE COMPANY RISK RETENTION GROUP, INC., a Hawaiian corporation; and DOES 1-10;<br><br>　　　　　　　Defendants. | Case No.: **C 04 4249 CRB**<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE DISMISSAL** |

　　　　Pursuant To Federal Rule of Civil Procedure 41, plaintiff AUL Corp. and defendants Interstate National Dealer Services, Inc., and National Service Contract Insurance Company Risk Retention Group, Inc., through their respective counsel of record, hereby stipulate to a dismissal of this action, including all pending claims and counterclaims herein, with prejudice.  Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 31, 2005 | HARVEY SISKIND JACOBS LLP<br>LAWRENCE J. SISKIND<br>IAN K. BOYD<br>JUDITH M. SCHVIMMER |

By: ____/s/_____
    Lawrence J. Siskind

Attorneys for Plaintiff
AUL Corp.

| | |
|---|---|
| Dated: May 6, 2005 | SONNENSCHEIN NATH & ROSENTHAL<br>SANFORD KINGSLEY |

By: ____/s/_____
    Sanford Kingsley

Attorneys for Defendants
Interstate National Dealer Services, Inc., and National Service Contract Insurance Company Risk Retention Group, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: June 02, 2005

_____
Judge Charles R. Breyer
United States District Court

[APPROVED — Charles R. Breyer — United States District Court, Northern District of California]

**SIGNATURE ATTESTATION**

I, Judith M. Schvimmer, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order re Dismissal. In compliance with General Order 45(X)(B), I hereby attest that concurrence in this filing has been obtained from the signatories.

By: /s/ Judith M. Schvimmer